IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHARON JENKINS, as Special
Administrator of the Estate of
Maxine Jenkins, and on behalf of
the wrongful death beneficiaries of
Maxine Jenkins                                                                                          PLAINTIFF


v.                                               Case No. 1:18-cv-1047


CAMDEN II OPERATIONS, LLC
d/b/a Pine Hills Health and Rehabilitation
Center, *et al.*                                                                                        DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion and Stipulation Motion to Compel Arbitration. (ECF No. 22). The Court finds that no response is necessary. The Court finds the matter ripe for consideration.

On July 26, 2018, Separate Defendants Camden II Operations, LLC and Robin Looney filed a motion to compel arbitration, arguing that, pursuant to a valid arbitration agreement signed by the parties, Plaintiff Sharon Jenkins should be ordered to submit to arbitration regarding her claims in this matter. (ECF No. 12). Subsequently, the parties filed several motions related to the motion to compel arbitration, including two motions for leave to join in the motion (ECF Nos. 17, 19) and a motion for an extension of time to respond to the motion to compel arbitration. (ECF No. 21).

On August 13, 2018, the parties filed the instant motion, asking the Court to stay this matter, compel arbitration, and retain jurisdiction to confirm the arbitration proceedings and/or to select an alternative arbitrator from an agreed-upon list if the parties' chosen arbitrator becomes

unavailable prior to the conclusion of the arbitration.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the parties' joint motion (ECF No. 22) is hereby **GRANTED**. Plaintiff's claims in this matter are hereby referred to arbitration in accordance with the parties' agreement. The matter is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision or to petition the Court to select an alternative arbitrator from the parties' proposed list. In light of the above, Separate Defendants Camden II Operations, LLC and Robin Looney's motion to compel arbitration and all other subsequently associated motions (ECF Nos. 12, 17, 19, 21) are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 13th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge